# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.

Josephine Tinimbang, et al.

                Defendant.

Case No.: 1:14–cr–00732
Fugitive Calendar

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 22, 2021:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: For the reasons set forth in the accompanying Memorandum Opinion and Order, the court grants the Government's motion for summary judgment [734] and denies Claimant's cross–motion for summary judgment [742]. The Government's motion to strike [697] is terminated as moot. Enter Memorandum Opinion and Order. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.